JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -8 1982

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 531

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HIGHWAY I-696, OAKLAND COUNTY, MICHIGAN, LITIGATION

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the action listed on the attached Schedule A, and pending in the Eastern District of Michigan, to the Western District of Michigan for coordinated or consolidated pretrial proceedings with the action pending in that district at the time of the motion to transfer and listed on the attached Schedule A. Because Judge Douglas W. Hillman has entered an order, dated October 14, 1982, transferring the Western District of Michigan action to the Eastern District of Michigan pursuant to 28 U.S.C. §1404,

IT IS ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-531 -- <u>In re Highway I-696, Oakland County, Michigan, Litigation</u>

### WESTERN DISTRICT OF MICHIGAN

Peter T. Swallow, et al. v. Drew Lewis, et al.    Civil Action No. G-82-479-ACA5

### EASTERN DISTRICT OF MICHIGAN

Harold Garber, et al. v. Neil Goldschmidt, et al.    Civil Action No. 78-71548